# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER,<br><br>   Plaintiff,<br><br> v.<br><br>CALIFORNIA CORRECTIONAL<br>INSTITUTION, et al.,<br><br>   Defendants. | 1:07-cv-01297-AWI-SMS-PC<br><br>ORDER FINDING PLAINTIFF INELIGIBLE TO PROCEED IN FORMA PAUPERIS AND REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE WITHIN THIRTY DAYS OR THIS ACTION WILL BE DISMISSED |

Willie Weaver ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has not paid the $350.00 filing fee or submitted an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(g).

The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C. § 1915(g).

This plaintiff has, on 3 prior occasions, brought civil actions challenging the conditions of his confinement. All three action were dismissed as frivolous, or for failure to state a claim upon which relief can be granted.[1] Plaintiff is therefore not entitled to proceed in forma pauperis unless he alleges facts indicating that he is in imminent danger of serious physical injury.

---

[1] The Court takes judicial notice of case numbers 1:06-cv-00671-OWW-SMS-PC Weaver v. California Correctional Institution Confinement SHU (dismissed July 17, 2006, for failure to state a claim and frivolousness); 1:06-cv-00775-OWW-LJO-PC Weaver v. California Correctional Institution - Third Watch Sergeant (dismissed July 17, 2006, for failure to state a claim and frivolousness); and 1:06-cv-00863-OWW-SMS-PC Weaver v. California Correctional Institution Law Library (dismissed August 1, 2006, for failure to state a claim and frivolousness).

1

1  The court has reviewed plaintiff's complaint and finds that plaintiff has alleged no facts that
2  support a finding he is, at this time, under imminent danger of serious physical injury.
3  Accordingly, plaintiff may not proceed in forma pauperis, and must submit the appropriate filing
4  fee in order to proceed with this action.
5        Based on the foregoing, it is HEREBY ORDERED that:
6      1.    Pursuant to 28 U.S.C. § 1915(g), plaintiff is ineligible to proceed in forma
7          pauperis in this action; and
8      2.    Plaintiff shall pay the $350.00 filing fee in full within **thirty (30) days** or this
9          action will be dismissed, without prejudice.
10 IT IS SO ORDERED.
11 **Dated:   November 6, 2007**          /s/ Sandra M. Snyder
                                                               UNITED STATES MAGISTRATE JUDGE